AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Carolyn Coward (See Attachment for Additional List of Plaintiffs) <br><br> *Plaintiff(s)* <br> v. <br> City of Los Angeles and Does 1 through 200 inclusive, 10 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:14CV05676-DMG (JCx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Los Angeles
　　　　　　　　　　　　　　　　　　200 N Spring Street
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Gregory G. Petersen, A Law Corporation
　　　　　　　　　　　　　　　　　　　　　　　　4425 Jamboree Road, Suite 175
　　　　　　　　　　　　　　　　　　　　　　　　Newport Beach, CA 92660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date: 07-21-2014　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

1231

CAROLYN COWARD, et al v. CITY OF LOS ANGELES, et al

32. MARIO GAMEZ
33. LEONARD GARZA
34. OSCAR GARZA
35. PAVEL GOMEZ
36. ANNISSA HARSMA
37. RAFAEL HERNANDEZ
38. HECTOR IBARRA
39. PETER JACK
40. ANDREW LASSAK
41. SALVADOR LIZARRAGA
42. DAVID LOERA
43. FRANK LOPEZ, II
44. LOUIS LOZANO
45. RAYMOND MADRID
46. DAVID MANRIQUEZ
47. LAWRENCE MARTINEZ
48. ACKLEY MAYER-TUCKER
49. RAMON MEJIA
50. PAUL MENCHACA
51. VICTOR MENCIAS
52. RALPH MENDOZA
53. MATTHEW MENESES
54. WILLIAM MONAHAN
55. MARIO MORALES
56. STEVE MORALES
57. PAUL MOSLEY
58. JEFFRI NORAT
59. SCARLETT NUNO
60. EUGENE OLEA
61. LARRY OLIANDE
62. CARLOS OLMOS
63. JASON PEDRO
64. JOEL PEREZ
65. HYONG PERKINS
66. MARTHA PLATA

CAROLYN COWARD, et al v. CITY OF LOS ANGELES, et al

67. JOHN PORRAS
68. JOE QUEZADA
69. ANTHONY RAZO
70. ROY REZA, JR.
71. RUDOLPH RIVERA, JR.
72. CHRISTOPHER RODRIGUEZ, JR.
73. RONNIE ROMERO
74. JOSE ROMO
75. GUADALUPE RUIZ
76. SERGIO SALAS
77. JOSE SALAZAR
78. ROBERT SCUTARU
79. MANUEL SEGURA
80. EDWARD SILVA
81. JUAN SILVA
82. DAVID SOLIS
83. MICHAEL SULLIVAN
84. JAE SUNG
85. BENJAMIN TRAN
86. GREGORY TREJO
87. JOSE VAZQUEZ
88. GERARDO VEJAR
89. RICARDO VERDUZCO
90. ALFONSO VILLANEDA
91. RUFUS WARD III
92. SHON WELLS
93. ERIC WILLIAMS
94. GEORGE WILSON
95. MICHAEL YORO
96. JUAN ZARATE
97. STEVE ZAVALA
98. JUAN ZENDEJAS
99. JOHN CORDOVA
100. PATRICK MARMOLEJO
101. RUDY CHAVEZ

CAROLYN COWARD, et al v. CITY OF LOS ANGELES, et al

102. ALONSO RAMIREZ
103. KARLA BARRRAZA