| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Gregory G. Petersen, SBN 77744<br>GREGORY G. PETERSEN, ALC<br>4425 Jamboree Road, Suite 175<br>Newport Beach, CA 92660<br>Tel. (949) 864-2200<br>Fax (949)640-8983 |  FILED<br>CLERK, U.S. DISTRICT COURT<br>JUL 21 2014<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                    DEPUTY |
|---|---|
| ATTORNEY(S) FOR: Plaintiffs | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Carolyn Coward, et al | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:14CV05676-DMG (JCx) |
| v. | |
| City of Los Angeles, et al | CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          Plaintiffs
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | None |

| July 21, 2014 | S/ Gregory G. Petersen |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs