JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN COWARD, et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES and does 1 through 10 inclusive,<br><br>　　　　　Defendant. | Case No.:  CV 14-5676 DMG (JCx)<br><br>**JUDGMENT RE: APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE [44]** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Court has reviewed Hon. George H. King's Judgment and Order Re: Approval of Settlement Agreement Judgment and Dismissal with Prejudice, attached as Exhibit "A" to the City's Notice of Lodging.  Chief Judge King's Judgment and Order approved the settlement agreement between the City of Los Angeles and twenty individual plaintiffs, including Plaintiff Carolyn Coward ("Settlement Agreement"), attached as Exhibit "B" to the Notice of Lodging.

2. In accordance with Chief Judge King's Order, Judgment is hereby entered in this action and the action is hereby dismissed in its entirety with prejudice.

DATED:  November 23, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE